

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN LEE CHURCH,

    Petitioner,

v.

                              Case No. 1:02-CV-231

TERRY PITCHER,                      HON. DAVID W. McKEAGUE*

    Respondent.
_____/

**JUDGMENT ORDER ADOPTING REPORT AND RECOMMENDATION AND
DENYING PETITION FOR WRIT OF HABEAS CORPUS**

    Petitioner Seven Lee Church, prisoner in the custody of the Michigan Department of Corrections having petitioned the Court for writ of habeas corpus pursuant to 28 U.S.C. § 2254; and

    The petition having been reviewed by the United States Magistrate Judge pursuant to 28 U.S.C. § 636(b); and

    The magistrate judge having on May 4, 2005 issued a 29-page report and recommendation recommending that the petition be denied; and

    The report and recommendation having been duly served on the parties and no objection thereto having been received within the time permitted by law; and

    The Court having duly considered the report and recommendation and finding that it is in all respects well-reasoned and in accord with applicable law; now therefore,

    **IT IS HEREBY ORDERED** that the report and recommendation is **ADOPTED** as the opinion of the Court; and

**IT IS FURTHER ORDERED**, consistent with the report and recommendation, that the petitioner's petition for writ of habeas corpus is hereby **DENIED**.

Dated: June 27, 2005

_____
DAVID W. McKEAGUE
UNITED STATES CIRCUIT JUDGE

---

*Hon. David W. McKeague, United States Circuit Judge for the Sixth Circuit Court of Appeals, sitting by designation.